

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00099-CV

| | | |
|---|---|---|
| IN THE MATTER OF M.S., A JUVENILE | § | On Appeal from the 323rd District Court |
| | § | of Tarrant County (323-103751-16) |
| | § | August 8, 2019 |
| | § | Opinion by Justice Simmons |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By /s/ Rebecca Simmons
　　Justice Rebecca Simmons